IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FILEMON SANCHEZ,<br><br>                   Plaintiff,<br><br>vs.<br><br>MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY,<br><br>                   Defendant. | 4:23CV3155<br><br><br>**ORDER** |

The Court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED that:

1) On or before November 1, 2024, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3) All pending motions are denied as moot.

4) The Clerk shall terminate any pretrial and trial settings and any hearings set for this case, including the status conference currently set for September 24, 2024 at 1:00 PM.

Dated this 17th day of September, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge