IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FILEMON SANCHEZ, | |
| Plaintiff, | **4:23CV3155** |
| vs. | |
| MOTORISTS COMMERCIAL MUTUAL INSURANCE COMPANY, | **ORDER** |
| Defendant. | |

The Court held a status and case progression hearing with counsel for the parties and Plaintiff Filemon Sanchez on December 3, 2024.

Accordingly,

IT IS ORDERED:

1) On or before **January 31, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 3rd day of December, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

1